32D01-1812-CT-000191

Hendricks Superior Court 1

Filed: 12/5/2018 3:05 PM
Clerk
Hendricks County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE HENDRICKS SUPERIOR COURT |
| | ) SS: | CIVIL DIVISION |
| COUNTY OF HENDRICKS | ) | CAUSE NO. |

▇▇▇▇▇▇, a Minor,
b/n/f FAITH LINDQUIST, and
FAITH LINDQUIST, individually

      Plaintiff,

vs.

WAL-MART STORES INC.,

      Defendant.

## COMPLAINT FOR DAMAGES

Come now the Plaintiffs, ▇▇▇▇▇▇, a Minor, b/n/f Faith Lindquist and Faith Lindquist, individually by counsel, and for their Complaint for Damages against the Defendant, Wal-Mart Stores Inc, alleges and asserts that:

1. At all times mentioned herein, the Plaintiffs, ▇▇▇▇▇▇, a Minor, by Next Friend, Faith Lindquist, and Faith Lindquist, individually, were residents of Hendricks County, Indiana.

2. At all relevant times, Defendant Wal-Mart Stores Inc., (hereinafter referred to as "Wal-Mart"), was an Indiana domestic corporation doing business in the State of Indiana.

3. At all times relevant herein, the Defendant, Wal-Mart, was a Corporation organized and existing under the laws of the State of Arkansas and was conducting business within the State of Indiana.

4. Defendant, Wal-Mart, has a store located at 400 W. Northfield Drive, Brownsburg, IN 46112 in the County of Hendricks, State of Indiana, City of Brownsburg. Also referred to as Store #2788.

5. On or about December 5, 2016, Plaintiff ███████, a Minor (hereinafter referred to as "Plaintiff") was lawfully on the aforementioned premises of Defendant, Wal-Mart, with his mother, Plaintiff Faith Lindquist, shopping as a business invitee.

6. Plaintiff was walking through a common area of the Defendant, Wal-Mart's store interior in or near the isle of personal hygiene, when he slipped on a slippery substance believed to be consistent with shampoo or conditioner on the floor causing him to fall to the ground.

7. The Defendant owed Plaintiff a duty of reasonable care.

8. The Defendant is vicariously liable for the acts or omissions of its agents, representatives, and employees.

9. The Defendant, Wal-Mart, committed one or more of the following acts or omissions and is therefore negligent including but not limited in the following manners:

   a. failed to keep the floor surface area clean and free of debris for business invitees;

   b. failed to adequately patrol the store floor surface for debris and slippery substances;

   c. failed to adequately warn guests of the hazardous condition posed by the substance on the floor.

   d. There was inadequate warnings to patrons or Plaintiffs regarding the wet floor.

10. As a direct and proximate cause of the Defendant's carelessness and negligence, Plaintiff sustained personal injuries including a concussion, a seizure upon impact, a facial fracture, lip laceration, chin laceration, headaches, and displaced teeth upon falling.

11. All of said injuries are permanent, except those which are superficial in nature.

12. Defendant's negligence was a proximate cause of Plaintiff's injuries.

13. As a result of the injuries Plaintiff sustained, he has experienced extreme physical pain and suffering, limitations upon his activities, and mental and emotional suffering.

14. In an attempt to treat his injuries and lessen his pain and suffering, the Plaintiff has been required to engage the services of hospitals, physicians, and specialists for medical care and treatment, for which he has incurred medical expenses.

15. The Plaintiff may require additional medical care and treatment in the future, for which he will incur additional medical expenses.

16. At all times mentioned herein, the Plaintiff, Faith Lindquist, was the mother of ▮▮▮▮▮▮▮▮, and as such was and is entitled to his services, love, and companionship.

17. By reason of the injuries which her son sustained in this fall, she has been deprived of her services, love, society, and companionship.

18. As a direct and proximate result of the acts, omissions, and negligence of Defendant, Wal-Mart, Plaintiff Faith Lindquist sustained direct impact, and as a result of that impact and witnessing the traumatic injuries of her son, Plaintiff Faith Lindquist, has suffered and will continue to suffer emotional trauma and distress which was wrongfully inflicted upon her by the negligence of Defendant.

19. At the time the Plaintiff, Faith Lindquist's son sustained the aforesaid injuries, she was gainfully employed, and as a direct and proximate result of her son's injuries, has been forced to miss time from work for which she is entitled to fair compensation.

20. As a direct and proximate result of the carelessness and negligence of the Defendant, the Plaintiff, Faith Lindquist's earning capacity has been impaired.

21. As a direct and proximate result of the carelessness and negligence of the Defendant, as aforesaid, the Plaintiff has been injured and damaged.

WHEREFORE, the Plaintiffs pray for judgment against the Defendant in an amount commensurate with their injuries and damages, for the cost of this action, and for all other relief just and proper in the premises.

>Respectfully submitted,
>
>YOSHA COOK & TISCH
>
>By: /s/ Bryan C. Tisch
>Bryan C. Tisch, No. 24693-49
>Counsel for Plaintiff

YOSHA COOK & TISCH
9102 N. Meridian Street, Suite 535
Indianapolis, IN 46260
Ph: (317)334-9200
Fx: (317)566-3578

4