UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A. S., <br> FAITH LINDQUIST, <br>       Plaintiffs, <br><br>       v. <br><br> WAL-MART STORES, INC., <br>       Defendant. | No. 1:19-cv-04798-DLP-JMS |

## ORDER OF DISMISSAL

The parties, having filed their Stipulation of Dismissal with Prejudice, Dkt. [42], and the Court being duly advised, it is therefore, **ORDERED, ADJUDGED AND DECREED** that the Plaintiffs' Complaint against the Defendant be, and the same is, hereby dismissed, with prejudice, the same being fully compromised and settled, costs paid.

So ORDERED.

Date: 1/27/2021

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email